UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DE'MARCUS THOMAS

VERSUS

WALLACE, RUSH, SCHMIDT, INC.

CIVIL ACTION

NO.: 16-572-BAJ-RLB

## RULING AND ORDER

Before the Court in this wage-and-hour dispute is Plaintiff DeMarcus Thomas's **Motion for New Trial, Alteration or Amendment of Judgment, and Reconsideration (Doc. 136)**. Because no trial has occurred, and no judgment has been entered, the **Motion (Doc. 136)** is **DENIED** insofar as it seeks a "new trial" or amendment or alteration of a non-existent judgment. Moving beyond the mislabeling, the Court construes the Motion (Doc. 136) as one for reconsideration of the Court's Ruling and Order (Doc. 132) granting in part and denying in part Defendants' Motions for Partial Dismissal (Docs. 112 & 115) and granting in full Defendants' Motions to Strike (Docs. 113 & 114).

The Court may revise an interlocutory order at any time for any reason before it enters final judgment. *United States v. Renda*, 709 F.3d 472, 479 (5th Cir. 2013). The Court's Ruling and Order (Doc. 132) did not adjudicate all claims or decide the rights and liabilities of all parties and is therefore interlocutory. *See* FED R. CIV. P. 54(b). Because requests to reconsider interlocutory orders under Rule 54(b) require courts to consider many of the policies behind Rule 59(e) requests to alter or amend

1

an order or judgment, courts apply the Rule 59(e) standard to Rule 54(b) motions to reconsider. *See, e.g., eTool Dev., Inc. v. Nat'l Semiconductor Corp.*, 881 F. Supp. 2d 745, 748 (E.D. Tex. 2012). To support relief under that standard, Thomas must (a) "clearly establish" that the Court's ruling was "manifestly erroneous" or (b) offer newly-discovered evidence that justifies reconsideration. *Schiller v. Physicians Res. Grp., Inc.*, 342 F.3d 563, 567 (5th Cir. 2003).

Thomas fails to show that the Court's Ruling and Order (Doc. 132) was "manifestly erroneous," and he offers no newly discovered evidence justifying reconsideration. *Schiller*, 342 F.3d at 567.

Accordingly,

**IT IS ORDERED** that Plaintiff DeMarcus Thomas's **Motion for New Trial, Alteration or Amendment of Judgment, and Reconsideration (Doc. 136)** is **DENIED**.

Baton Rouge, Louisiana, this 6th day of August, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2