## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DE'MARCUS THOMAS** | **CIVIL ACTION NO. 3:16-cv-00572** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **WALLACE, RUSH, SCHMIDT, INC.** | **MAG. RICHARD L. BOURGEOIS, JR.** |

## NOTICE OF SETTLEMENT

**NOW COMES**, through undersigned counsel, defendant, Wallace, Rush, Schmidt, Inc., and Plaintiff, De'Marcus Thomas who respectfully submit this Notice of Settlement and hereby notifies the Court that the parties have settled, compromised, and resolved all claims among and between them, and that all pending hearings, conferences, and deadlines should be suspended. The parties will jointly submit a Motion to Dismiss with Prejudice and Order once the terms of their settlement have been finalized.

Respectfully Submitted:

*/s/ Patrick S. McGoey*
Joelle F. Evans, 23730
Patrick S. McGoey, 24549
Andrea V. Timpa, 29455
SCHONEKAS, EVANS, MCGOEY &
MCEACHIN, L.L.C.
909 Poydras Street, Ste. 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Facsimile:  (504) 680-6051
joelle@semmlaw.com
patrick@semmlaw.com
andrea@semmlaw.com

*Attorneys for Defendant, Wallace, Rush, Schmidt, Inc.*

*And*

*/s/ Galen M. Hair*
David P. Vicknair (#34135)
Galen M. Hair (#32865)
Scott, Vicknair, Hair, & Checki, LLC
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
Phone: (504) 684-5200
Fax: (504) 613-6351
david@svhclaw.com
hair@svhclaw.com

*Attorneys for Plaintiff, De'Marcus Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Patrick S. McGoey*
Patrick S. McGoey